United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY M. JOHNSON, ) | |
| ) | CIVIL NO. C10-5906RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before June 21, 2011, Defendant's Answering Brief shall be filed on or before July 19, 2011, and Plaintiff's Reply Brief shall be filed on or before August 2, 2011.

Oral argument, if desired, shall be requested by August 9, 2011.

DATED this 6th day of May, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[C10-5906RBL-JRC] - 1