United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY M. JOHNSON, | ) |
| Plaintiff, | ) CIVIL NO. C10-5906RBL-JRC ) |
| vs. | ) ORDER GRANTING ) EXTENSION OF TIME TO FILE ) PLAINTIFF'S REPLY BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

Based on Plaintiff's Motion (ECF No. 21) and without objection from Defendant, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before August 22, 2011 and oral argument, if desired, shall be requested by August 29, 2011.

DATED this 1st day of August, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [C10-5906RBL-JRC ] - 1